UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM J. PRUDHOMME,
    Plaintiff,

vs.                                             Case No.: 3:24cv217/TKW/ZCB

MARCUS MICHLES, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice for lack of subject-matter jurisdiction. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

3. All pending motions are **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 24th day of June, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**